**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00446-CR**
_____

**IN RE JOSEPH BERNARD COOPER**

**Original Proceeding
258th District Court of Polk County, Texas
Trial Cause No. 23233**

**MEMORANDUM OPINION**

*Pro se* relator Joseph Bernard Cooper filed a petition for writ of mandamus, in which he asks this Court to compel the district clerk to make materials, which he asserts are discoverable, available for inspection or to transmit the materials to Cooper.

The district clerk is not a person against whom we may issue a writ of mandamus other than to enforce our jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(a), (b). Cooper has not shown that issuance of a writ against the district clerk

is necessary to enforce our jurisdiction. *See id.*; *see also In re Pennington*, No. 09-08-370-CV, 2008 WL 4425521, at *1 (Tex. App.—Beaumont Oct. 2, 2008, orig. proceeding) (mem. op.). Cooper has not demonstrated that he is entitled to mandamus relief from this Court. Accordingly, we deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on December 17, 2019
Opinion Delivered December, 18, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.